UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60111-CR-SMITH
CASE NO. 22-60118-CR-SMITH

UNITED STATES OF AMERICA

v.

JOHANAH NAPOLEON,

    Defendant.
_____/

## FACTUAL BASIS IN SUPPORT OF PLEA

The United States hereby files this factual basis in support of the change of plea of defendant **JOHANAH NAPOLEON**. In support thereof, the government asserts the following facts:

*Case No. 22-60111-Cr-Smith*

Palm Beach School of Nursing, LLC (Palm Beach School of Nursing) was a limited liability company incorporated under the laws of the State of Florida on or about April 11, 2016, with its principal address located in Lake Worth, Florida. Palm Beach School of Nursing was licensed by the Florida Board of Nursing as a nursing education program on or about June 22, 2012. Palm Beach School of Nursing's license was terminated on or about May 2, 2017, due to the low passage rate of its graduates.

Defendant Johanah Napoleon was a resident of West Palm Beach County, Florida, and the President of Palm Beach School of Nursing.

Nursing School 1 was incorporated under the laws of the State of Virginia on or about July 2007. Nursing School 1 was licensed by the Virginia Board of Nursing in or around July 2008.

In or around June 2013, Nursing School 1's license was terminated by the Virginia Board of Nursing due to the low passage rates of its graduates.

Company 1 was a limited liability company incorporated under the laws of the District of Columbia on or about August 3, 2011.

Patrick Nwaokwu, a resident of Maryland, was an instructor at Nursing School 1 in Virginia and the owner of Company 1. Nwaokwu was the signatory on multiple bank accounts, including an account at Bank 1 in the name of Company 1 ending in -0980 (Bank 1-0980). Bank 1-0980 was opened in or around November 2014, with a mailing address in Washington, DC. In or around May 2019, Nwaokwu changed the address on Bank 1-0980 to an address in Laurel, Maryland.

Geralda Adrien was a resident of Broward County, Florida. Adrien was the signatory on several bank accounts, including an account at Bank 1 in Adrien's name ending in -3677 (Bank 1-3677).

The New York State Education Department (NYSED) was the department of the New York state government responsible for all applications and licensure of medical professionals, including RNs and LPNs.

Beginning in or around 2018, Johanah Napoleon, Patrick Nwaokwu, and Geralda Adrien sold false and fraudulent diplomas and educational transcripts which falsely represented that the purchasers of the documents had completed the necessary courses and/or clinical training to obtain nursing degrees when, in fact, the purchasers had never completed the necessary courses and/or clinical training.

Patrick Nwaokwu, who resided in Maryland, targeted prospective purchasers, and told them that he could help them obtain nursing degrees and licenses. Nwaokwu stated that he was

affiliated with Palm Beach School of Nursing, which he explained was a nursing school in Florida, and purchasers would receive degrees from Palm Beach School of Nursing. Nwaokwu generally charged $17,000 for RN degrees and $10,000 for LPN degrees.

As part of the scheme, Patrick Nwaokwu directed purchasers to complete certain forms, including an application for Palm Beach School of Nursing. Nwaokwu instructed purchasers not to complete the dates on the application forms because the dates would be added in Florida and back-dated to make it appear as though the student had been part of a previous graduating class—a class that graduated in or before December 2019, which was the date of the last graduating class of the Palm Beach School of Nursing.

In addition, Patrick Nwaokwu directed purchasers to complete applications for licensure to be submitted to the NYSED, which asked for information about the applicant and the applicant's nursing education and degree(s). Nwaokwu instructed purchasers to list Palm Beach School of Nursing and to leave the dates of graduation blank, as the dates would be added in Florida.

Patrick Nwaokwu then mailed and caused others to mail these false and fraudulent application forms and documents to Johanah Napoleon and Geralda Adrien in Florida, including by sending them using the United States Postal Service.

Johanah Napoleon, Geralda Adrien, and others then added false and incorrect dates to these fraudulent application forms. Napoleon, Adrien, and others also created false and fraudulent diplomas and educational transcripts, all of which falsely represented that the purchasers of the documents had completed the necessary courses and/or clinical training to obtain nursing degrees (collectively, the false and fraudulent documents).

Johanah Napoleon, Geralda Adrien, and others then mailed and caused others to mail, by United States Postal Service, the false and fraudulent documents back to Patrick Nwaokwu to be

3

provided to the purchasers. Napoleon, Adrien, and others also mailed and caused others to mail, by United States Postal Service, the false and fraudulent documents to the purchasers and to state licensing agencies, including the NYSED, on behalf of the purchasers.

Using the false and fraudulent documents, including continuing education certifications, Johanah Napoleon, Geralda Adrien, Patrick Nwaokwu, and others assisted the purchasers of the false and fraudulent documents to obtain fraudulent nursing licenses from state licensing agencies, and ultimately employment in the healthcare field.

In furtherance of the scheme, Patrick Nwaokwu caused purchasers to submit payment for the false and fraudulent documents via cash, check, or electronic wire transfer.

Patrick Nwaokwu used a portion of the purchaser's funds to pay Gerald Adrien and Johanah Napoleon for providing false and fraudulent documents in furtherance of the scheme. Specifically, Nwaokwu (a) wired and caused others to wire money to Adrien via interstate electronic funds transfer; and (b) mailed and caused others to mail, by the United States Postal Service, checks to Adrien. Nwaokwu provided these funds to Adrien as payment for Adrien and Johanah Napoleon providing false and fraudulent documents from Palm Beach School of Nursing.

Geralda Adrien and Johanah Napoleon agreed that Adrien would accept funds from Patrick Nwaokwu on behalf of both Napoleon and Adrien. After receiving the fraudulently obtained proceeds from Nwaokwu, Adrien shared these funds with Napoleon, often by providing Napoleon with cash.

On or about January 28, 2020, in the District of Maryland and elsewhere, Johanah Napoleon, for the purpose of executing and attempting to execute the scheme to defraud, did knowingly transmit and cause to be transmitted by means of wire communication, in interstate and foreign commerce, writings, signs, signals, pictures, and sounds—to wit, on or about January 28,

4

2020, Napoleon caused to be transmitted an interstate wire transfer of approximately $5,000 from Patrick Nwaokwu in Maryland, using Bank 1-0980, to Geralda Adrien in Florida, using Bank 1-3677.

Johanah Napoleon, Geralda Adrien, Nwaokwu, and others used the proceeds of the fraud for their personal use and benefit, and to further the fraud. Nwaokwu paid Napoleon $5,000 for each diploma and transcript she provided to him. Napoleon processed at least 50 students. As a result, Napoleon personally obtained at least $250,000.00 because of the offense to which she is pleading guilty in Case No. 22-60111.

*Case No. 22-60118-Cr-Smith*

Palm Beach School of Nursing, LLC (Palm Beach School of Nursing) was a limited liability company incorporated under the laws of the State of Florida on or about April 11, 2016, with its principal address located at 1110 6th Avenue S, Lake Worth, Florida. Palm Beach School of Nursing was licensed by the Florida Board of Nursing as a nursing education program on or about June 22, 2012. Palm Beach School of Nursing's license was terminated on or about May 2, 2017, due to the low passage rate of its graduates.

Quisqueya School of Nursing LLC (Quisqueya) was a limited liability company incorporated under the laws of the State of Florida on or about February 26, 2014. Quisqueya was licensed by the Florida Board of Nursing as a nursing education program on or about December 9, 2013. Quisqueya's license remains active, but it was placed on probationary status due to the low passage rate of its graduates.

PowerfulU Healthcare Services LLC (PowerfulU) was a limited liability company incorporated under the laws of the State of Florida on or about November 17, 2014, located at 3601 W. Commercial Blvd., Suites 14 and 15, Fort Lauderdale, Florida. On its public Facebook

page, PowerfulU advertised itself as a group of nurses and doctors wanting to empower men and women by helping them to become health care providers.

Docu-Flex & More LLC (Docu-Flex) was a limited liability company incorporated under the laws of the State of Florida on or about February 13, 2020, located at 3601 W. Commercial Blvd., Suites 14 and 15, Fort Lauderdale, Florida.

CEUfast, Inc., a company based in Lake City, Florida, was accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation. CEUfast, Inc.'s services were accessible via the internet at ceufast.com.

The New York State Education Department (NYSED) was the department of the New York state government responsible for all applications and licensure of medical professionals, including RNs and LPNs.

Defendant Johanah Napoleon, a resident of West Palm Beach County, was the President of Palm Beach School of Nursing and Manager of Quisqueya.

Geralda Adrien, a resident of Broward County, was the President of PowerfulU and Manager of Docu-Flex.

Woosvelt Predestin, a resident of Broward County, was an employee of PowerfulU and Docu-Flex.

Johanah Napoleon, Geralda Adrien, Woosvelt Predestin, and others sold false and fraudulent diplomas and educational transcripts which falsely represented that the purchasers of the documents had completed the necessary courses and/or clinical training to obtain nursing degrees when in fact the purchasers had never completed the necessary courses and/or clinical training.

Geralda Adrien, Woosvelt Predestin, and others completed required online continuing

education courses from CEUfast, Inc. on behalf of the purchasers and transmitted the ensuing certificates of completion to state accreditation agencies by means of wire communication in interstate and foreign commerce.

Johanah Napoleon, Geralda Adrien, Woosvelt Predestin, and others mailed and caused others to mail, by United States Postal Service, fake diplomas, transcripts, and other false and fraudulent documents to the purchasers and to state licensing agencies, including the NYSED, on behalf of the purchasers.

In furtherance of the conspiracy, Geralda Adrien, Woosvelt Predestin, and others caused the purchasers to transmit identification documents supporting their licensing applications and to make electronic payments to defendants by means of interstate wire communication for providing the false and fraudulent diplomas and other licensing documents.

Using the false and fraudulent continuing education certifications, diplomas, transcripts, and other fraudulent documents, Johanah Napoleon, Geralda Adrien, Woosvelt Predestin, and others assisted the purchasers of the false and fraudulent documents to obtain fraudulent nursing licenses from state licensing agencies, and ultimately employment in the healthcare field.

Johanah Napoleon, Geralda Adrien, Woosvelt Predestin, and others used the proceeds of the fraud for their personal use and benefit, and to further the fraud.  A review bank records for accounts controlled by Napoloen, for which she was the only authorized signer (collectively, the "Napoleon Accounts") show that: there were approximately $865,100 in deposits into the Napoleon Accounts from bank accounts tied to recruiters and their businesses; there were approximately $736,104 in deposits into the Napoleon Accounts directly from students; and there $420,830.00 in cash deposits into the Napoleon Accounts.  Further, Napoleon admits that she obtained at least $1,183,380.00 in exchange for processing students with Adrien.  As a result,

Napoleon personally obtained at least $3,205,414 because of the offense to which she is pleading guilty in Case No. 22-60118.

The above-described facts serve only as a summary of the testimony were this case to proceed to trial and are not intended to be an exhaustive account of all the information available to the Government concerning the offenses charged in Case Nos. 22-60111 and 22-60118.

Date: 11/18/22      By: _____
                        CHRISTOPHER J. CLARK
                        ASSISTANT U.S. ATTORNEY

Date: 11-21-22      By: _____
                        JOEL DEFABIO, ESQ.
                        ATTORNEY FOR DEFENDANT

Date: 11-21-22      By: _____
                        JOHANAH NAPOLEON
                        DEFENDANT